```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOSE ALVARO DOLORES, JOSE HUGO ROMERO VENTURA, ELIBERTO GIL, LUIS CARCAMO, EFREN VALENTIN, and STEVEN MORALES, on behalf of themselves and all other similarly situated,

                Plaintiffs,

-against-

TITAN CONSTRUCTION SERVICES LLC., MUCU CONTRACTING CORP., REGALADO CONTRACTING, INC., EL CASTILLO CONTRACTING CORP., AMADOR GARCIA, JOSE INAKY GARCIA, JUAN GARCIA, CESARIO MUCU, and ERIC MERCADO,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_3/23/2020\_\_

19 Civ. 11056 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      An initial pretrial conference is scheduled in this action for April 2, 2020, at 10:40 a.m. The conference will proceed in accordance with the Court's Emergency Rules and Practices in light of COVID-19. Accordingly, it is ORDERED that at 10:40 a.m. on April 2, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 559-8827, followed by the pound sign.

      Moreover, to protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants.

The parties are strongly encouraged to engage in discovery through remote means at every available opportunity.

SO ORDERED.

Dated: March 23, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge