USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/23/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ALVARO DOLORES, JOSE HUGO ROMERO VENTURA, ELIBERTO GIL, LUIS CARCAMO, EFREN VALENTIN, and STEVEN MORALES, on behalf of themselves and all other similarly situated,

                Plaintiffs,

-against-

TITAN CONSTRUCTION SERVICES LLC., MUCU CONTRACTING CORP., REGALADO CONTRACTING, INC., EL CASTILLO CONTRACTING CORP., AMADOR GARCIA, JOSE INAKY GARCIA, JUAN GARCIA, CESARIO MUCU, and ERIC MERCADO,

                Defendants.

19 Civ. 11056 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 13, 2020, Defendants Titan Construction Services, LLC, Jose Inaky Garcia, and Juan Garcia (collectively, the "Moving Defendants"), filed a pre-motion letter setting forth their basis for a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 21. Plaintiff failed to respond within five business days, as required by Rule III.A.ii of the Court's Individual Practices in Civil Cases. Accordingly, by **March 27, 2020**, Plaintiff shall respond to the Moving Defendants' pre-motion letter.

    SO ORDERED.

Dated: March 23, 2020
       New York, New York

ANALISA TORRES
United States District Judge