USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/25/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ALVARO DOLORES, JOSE HUGO ROMERO VENTURA, ELIBERTO GIL, LUIS CARCAMO, EFREN VALENTIN, and STEVEN MORALES, on behalf of themselves and all other similarly situated,

    Plaintiffs,

-against-

TITAN CONSTRUCTION SERVICES LLC., MUCU CONTRACTING CORP., REGALADO CONTRACTING, INC., EL CASTILLO CONTRACTING CORP., AMADOR GARCIA, JOSE INAKY GARCIA, JUAN GARCIA, CESARIO MUCU, and ERIC MERCADO,

    Defendants.

19 Civ. 11056 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' letters, ECF Nos. 21 and 24, it is hereby ORDERED that:

1. By **April 22, 2020**, Defendants Titan Construction Services, LLC, Jose Inaky Garcia, and Juan Garcia (collectively, the "Moving Defendants"), shall file their motion to dismiss;
2. By **May 13, 2020**, Plaintiffs shall file their opposition; and
3. By **May 27, 2020**, Moving Defendants shall file their reply, if any.

SO ORDERED.

Dated: March 25, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge