# EXHIBIT 2

# PECHMAN LAW GROUP PLLC
## ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

2 de agosto del 2019

**CONFIDENCIAL Y PRIVILEGIADO**
**COMUNICACION DE ABOGADO-CLIENTE**

Jose E. Franco Lagos
222 East 204 Street, Apt. 1-G
Bronx, New York

Re: Contrato Para Retener Representación Legal

Estimado Sr. Franco:

Usted ha solicitado que Pechman Law Group PLLC (el "Bufete") lo represente en conexión con su reclamo de salarios por hora no pagados en contra de su ex-patrón Titan Construction Services LLC, y cualquier otra entidad o persona relacionada ("Titan"). Dependiendo en los resultados de una investigación, el Bufete lo representará sujeto a los términos descritos en este contrato.

Usted da al Bufete el derecho exclusivo de negociar informalmente con Titan para intentar de resolver sus reclamos sin empezar una demanda en corte. Dependiendo en los resultados de una investigación, usted otorga al Bufete la discreción y el derecho exclusivo de litigar su reclamo y radicar una demanda en el Tribunal del Distrito de los Estados Unidos del Distrito Sur de Nueva York o en la Corte Suprema del Estado de Nueva York, Condado de Bronx. En todos casos, tomaremos cualquier acción que determinemos sea apropiada, consistente con nuestro conocimiento de la ley, y después de consultar con usted, para así mejor representar sus intereses como usted nos los ha descrito. Aunque utilizaremos nuestros esfuerzos más diligentes para representarlo en este caso, no podemos garantizar ni predecir el resultado final. Al menos que el Bufete decida lo opuesto, bajo los términos descritos en este párrafo, este contrato no cubre peticiones o litigios en ninguna corte. En todos casos, este contrato no cubre peticiones o litigios en ninguna corte apelativa.

Usted reconoce y acepta que su reclamo tal vez sea litigado por el Bufete en conjunto con el litigio de reclamos por salarios no pagados que tienen otros empleados o ex-empleados de Titan. Usted autoriza al Bufete, bajo su discreción, a litigar su reclamo como una acción colectiva bajo la ley federal de Ley de Normas Justas de Trabajo (en inglés, el Fair Labor Standards Act), y quizás también como una acción de clase bajo la Regla 23 de las Reglas Federales de Procedimiento Civil, y en ese caso usted podría ser representante de la clase de empleados o ex-empleados de Titan.

Sr. Jose E. Franco Lagos
2 de agosto del 2019
Page 2

   Usted ha sido ofrecido la opción de retener nuestros servicios a nuestra taza por hora cobrada por litigios reclamando el pago de horas (*i.e.*, $600 por hora), pero usted ha pedido que el costo de retención legal sea estructurado como una tarifa de contingencia. La tarifa de contingencia será calculada de la siguiente manera:

   1. *Tarifa de Contingencia* – En caso de que sus reclamos sean resueltos por un acuerdo entre usted y Titan, o si el caso es completamente litigado y resulta en un juicio a su favor, usted se compromete a pagar al Bufete, a causa de los servicios legales rendidos, una tercera parte (*i.e.*, 33.33%) del dinero recuperado en bruto agregado, incluyendo costos con impuestos, intereses acumulados antes de la decisión, y tarifas otorgadas a los abogados. Este porcentaje será computado basado en la cantidad neta recuperada después de restar a la cantidad recuperada en bruto cualquier gasto pagado, incluyendo costos de servir y presentar papeles, fotocopias, franqueo, transcripciones de deposiciones y procesos judiciales, viaje y transporte, tarifas de mensajeros, testimonio de expertos, y cualquier otro servicio que sea debidamente cobrable debido a la ejecución de los reclamos o litigio de la acción.

   2. *Tarifa Establecida Por Ley* – Usted autoriza al Bufete a buscar una recompensa de tarifa de abogados en contra de Titan por el valor completo de los servicios legales rendidos. En caso de que esta recompensa sea otorgada, las tarifas pagadas al Bufete serán cualquiera sea la mayor de (i) la cantidad completa de las tarifas de abogado otorgadas por la corte y pagadas por Titan, o, (ii) las tarifas merecidas de acuerdo a la tarifa de contingencia descrita en el Párrafo 1.

   3. *Acuerdo Sin Permiso* – Si usted llega a un acuerdo sobre su reclamo sin la autorización del Bufete, usted se compromete a pagar al Bufete la tarifa de contingencia descrita en el Párrafo 1, basada en la cantidad completa que se recupere a su beneficio, a cualquiera que se le pague o como quiera se llame. El Bufete tendrá, como alternativa, la opción de buscar recompensa a base de la doctrina *quantum meruit*, la cual será determinado por la corte. En estas circunstancias, la corte determinaría el valor de los servicios rendidos y el Bufete tendrá, en adición, sus costos con impuestos, pagos, y tarifas de abogado.

   4. *Retención de Documentos* – Hasta la conclusión de este caso, usted tiene la obligación legal de preservar y archivar todos los documentos y registros electrónicos o archivos en su posesión o control que estén de cualquier manera relacionados con su empleo en Titan. Estos registros electrónicos incluyen, aunque no de manera exclusiva, documentos en formato de papel al igual que información electrónica guardada en computadoras de trabajo o uso personal, laptops, PDAs, unidades USB ("thumbdrives"), teléfonos móvil, archivos, discos duros ("hard drives"), CDs, DVDs, mensajes de voz ("voicemail"), vídeo, páginas del internet y redes sociales (*i.e.*, Facebook, Twitter, Instagram, y LinkedIn), cuentas de correo electrónico, diarios en línea ("blogs"), u otro archivo de medios de comunicación.

   5. Si surgiese una disputa entre nosotros sobre el pago de tarifas, usted podría tener el derecho de someter la disputa al proceso de arbitraje, bajo el Programa de Resolución de Disputas de Tarifas del Estado de Nueva York.

Sr. Jose E. Franco Lagos
2 de agosto del 2019
Page 3

      Si está de acuerdo con estos términos, por favor firme el original de este contrato y devuélvamelo.

      Le agradecemos que haya encomendado este caso a nuestro Bufete y anhelamos trabajar con usted.

Sinceramente,

PECHMAN LAW GROUP PLLC

Por: _____ By Lillian Marquez
      Louis Pechman

Aceptado y Acordado:

_____
Jose E. Franco Lagos

Fecha: 2/08/2019

# HARRISON HARRISON & ASSOC., LTD.
## ATTORNEY RETAINER AGREEMENT

This confirms that you, the undersigned client(s) (hereafter "Client"), have retained Harrison Harrison & Assoc. (hereafter "ATTORNEY") to represent you in connection with your Fair Labor Standards Act and New York Labor Law wage claims, and related claims, against TITAN CONSTRUCTION SERVICES, LLC. and related entities and individuals (hereafter "Defendants").

It is understood and agreed upon, by and between Client and ATTORNEY, as follows:

1. ATTORNEY has accepted this engagement subject to investigation of the claim(s). If upon investigation of the claim(s) we discover that we cannot assist you in this matter, we will withdraw from your representation, and seek permission from a court, when necessary. This determination will be made as soon as reasonably possible.
2. You will be reasonably available to confer with us, provide us with copies of all documents and information and disclose all facts and circumstances that we reasonably need to know to properly represent you in this matter. This includes informing ATTORNEY of any deadline set forth to you by a state or government administration agency, such as the EEOC. Unless we specifically request otherwise, <u>you agree</u> to retain originals of any and all documents that you send to ATTORNEY.
3. You will promptly return telephone calls and correspondence from our office, comply in filling out required forms, and assist us in meeting deadlines and locating witnesses, documents and evidence.
4. You should <u>never</u> discuss the status of settlement negotiations with <u>anyone</u>, including anyone connected with Defendants, or your case may be prejudiced. This is because if the Defendants wish to settle your case they will typically insist on confidentiality; and, if settlement information is made public they may be less willing (or unwilling) to settle.
5. During the course of the representation, you shall be required to pay and ATTORNEY shall be entitled to reimbursement for all normal disbursements including, without limitation, expenses for court costs, photocopying, messengers, travel, computer assisted research, court reporters, transcripts, experts, witness fees, etc., as may be appropriate for this matter. Disbursements shall be paid within 14 days of the date they are billed.
6. In consideration for ATTORNEY's representation in connection with this matter, ATTORNEY will receive, before deduction and reimbursement of costs and expenses, the greater of (a) a third (1/3) of the net proceeds, whether through settlement, final judgment or arbitrator's award in this matter, or (b) the full amount of any Court-awarded or arbitrator-awarded Attorneys' fees. For these purposes, "net proceeds" means the gross pre-tax recovery (including any award of Attorneys' fees and the value of any benefits received) less any unrecovered disbursements. The fee set forth in this Agreement is not set by law, but is negotiable between ATTORNEY and Client.
7. No attorney's fees shall be charged for the Attorney(s) if there is no recovery.
8. Client hereby authorizes ATTORNEY to take whatever investigative and procedural steps are necessary to prosecute this matter, including: hiring investigators, paralegals, experts or any other personnel on Client's behalf.
9. Client hereby authorizes ATTORNEY to associate any other Attorney in representing Client, with the consent of Client, without additional costs to Client.
10. This matter shall not be settled without the consent of Client.
11. ATTORNEY has not and cannot guarantee that we will be able to obtain any particular result or success in this matter.
12. ATTORNEY shall not be required to file or respond to any appeal in this matter, nor to provide any services of collection, or otherwise, after settlement or judgment has been

reached.

13. Whenever a verdict, judgment, award or settlement is obtained in this matter, the undersigned client hereby gives power of Attorney to ATTORNEY to sign the client's name to any and all releases, dismissals, forms, checks, drafts, and other papers and to deposit the proceeds into either of ATTORNEY's trust accounts, and to distribute the funds in accordance with this Attorney Retainer Agreement.

14. ATTORNEY will be readily available to represent your best interests, keep you informed about your case and answer any questions you have about the way your case is being handled. If Client disputes any portion of ATTORNEY's fee you may have the right to Fee Arbitration pursuant to Part 137 of 22 N.Y.C.R.R. Forms will be provided upon request.

15. If, without the consent of ATTORNEY, you settle this matter or retain another Attorney, this agreement shall nevertheless remain binding to the full extent of the law. We will seek Attorneys' fees and will apply an hourly rate of Four Hundred and Fifty Dollars ($450.00) per hour, if based on quantum meruit, or will seek a proportionate share of the legal fees if legally permitted to do so. We will also seek all out-of-pocket costs incurred by ATTORNEY in connection with our representation of you until the time of the substitution of new counsel.

16. If, at any time during the investigation and preparation of this case, ATTORNEY decides there is insufficient merit in proceeding further, ATTORNEY may withdraw, with permission of a court, when necessary, without any further obligation whatsoever by Client or ATTORNEY.

17. You may terminate this Agreement at any time. If you terminate this Agreement prior to a resolution of this matter or if we withdraw for good cause, and you acquire a recovery by other means or representation, you understand ATTORNEY will have a right to request legal fees and reimbursement for any expense.

**DUTY TO PRESERVE EVIDENCE**

18. Client understands that as a party to a legal matter he/she has a duty to preserve documents and other types of evidence that may be in any way relevant to the legal matter, regardless of whether a lawsuit has been filed yet or not. Client agrees to preserve all documents or other evidence in Client's possession that may be related to the case. Such evidence is not limited to paper documents; it includes electronic evidence such as EMAILS, COMPUTER RECORDS, TEXT MESSAGES, WEB PAGES, SOCIAL MEDIA POSTS, and VOICEMAILS, as well as tangible items such as PHOTOGRAPHS, THUMB DRIVES, COMPUTERS OF ANY TYPE, CELL PHONES, PDAs, and any other type of device or medium that can store communications or information in any form. Client agrees not to alter, destroy, or get rid of any such evidence.

L.G.T.
(Client Init)

E.E.G.
(Client Init)

E.V.
(Client Init)

2

_____
(Client Init)

J.A.D
(Client Init.)

J.H.R
(Client Init.)

_____
(Client Init.)

(Client Init.)

I have read all of the above, and understand and agree to all of it.

I hereby acknowledge receipt of a copy of this Attorney Retainer Agreement.

Accepted by:

Jose A Dolores / Client Printed Name    _Client Signature_    10-02-19 / Date

Jose H Romero / Client Printed Name    _Client Signature_    11-02-19 / Date

Luis. G. TeJeda / Client Printed Name    _Client Signature_    11-02-19 / Date

Elberto E. Gil / Client Printed Name    _Client Signature_    11-02-19 / Date

DAVID HARRISON / Attorney Printed Name
Harrison, Harrison & Assoc., LTD.    _Attorney Signature_    11/2/19 / Date

EFREN Valentin / Print    _Signature_    11/02/19 / Fecha / Date

3