UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JOSE ALVARO DOLORES, JOSE HUGO ROMERO VENTURA, ELIBERTO GIL, LUIS CARCAMO, EFREN VALENTIN, STEVEN MORALES, ADELFO HERNANDEZ, MARCO HERNANDEZ, JOSE FRANCO, and JACOBO HERNANDEZ, on behalf of themselves and all others similarly situated,

                              Plaintiffs,

   -against-

TITAN CONSTRUCTION SERVICES LLC, MUCU CONTRACTING CORP., REGALADO CONTRACTING, INC., EL CASTILLO CONTRACTING CORP., AMADOR GARCIA, JOSE INAKY GARCIA, JUAN GARCIA, CESARIO MUCU, and ERIC MERCADO,

                              Defendants.

---------------------------------------------------------------------X

19 Civ. 11056 (BCM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/21

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the Parties in this Action, and pursuant to the Court's January 22, 2021 Order (ECF No. 58), that:

1. The aggregate award of expenses to Plaintiffs' counsel under the Parties' Settlement Agreement shall be capped at $3,005.00; and

2. The $4,044.24 remainder of the expense reimbursement sought by Plaintiffs' counsel shall be distributed *pro rata* to Plaintiffs.

Dated: New York, New York
       January 25, 2021

| | |
|---|---|
| **PECHMAN LAW GROUP PLLC** | **FOX ROTHSCHILD LLP** |

By: _/s/ Louis Pechman_____
    Louis Pechman, Esq.
    Vivianna Morales, Esq.
    Galen Baynes, Esq.
    488 Madison Avenue, 17th Floor
    New York, New York 10022
    *Attorneys for Plaintiffs*

By: __/s/ Bryn Goodman___
    Glenn S. Grindlinger, Esq.
    Bryn Goodman, Esq.
    101 Park Avenue, 17th Floor
    New York, New York 10178
    *Attorneys for Defendants*
    *Titan Construction Services LLC,*
    *Juan A. Garcia, and Jose Inaky Garcia*

**HARRISON, HARRISON & ASSOCIATES, LTD**

By: _/s/ David Harrison_____
    David Harrison, Esq.
    Julie Salwen, Esq.
    110 Highway 35, 2nd Floor
    Red Bank, New Jersey 07748
    *Attorneys for Plaintiffs*

---

The settlement agreement, as modified to limit plaintiffs' counsel's expenses to $3,005, is APPROVED. It is hereby ORDERED that this action is DISMISSED with prejudice and without costs. The Clerk of Court is respectfully directed to close the case. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
January 26, 2021